# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE FRANKLIN, et al., *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SCRIPPS HEALTH, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 22-cv-0367-MMA-MMP<br><br>**ORDER DENYING JOINT MOTION TO DISMISS WITHOUT PREJUDICE TO FUTURE FILINGS**<br><br>[Doc. No. 26] |

On April 30, 2025, Plaintiffs Michelle Franklin and Irene Gamboa ("Plaintiffs") and Defendant Scripps Health ("Defendant") filed a joint stipulation, which the Court construes as a joint motion, to dismiss Plaintiffs' sixth cause of action (Private Attorney General Act) against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1). Doc. No. 26. However, Rule 41(a) provides for dismissal only as to actions, not as to individual claims within an action. Fed. R. Civ. P. 41(a); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687–88 (9th Cir. 2005) (holding that Rule 41(a) does not allow for "piecemeal dismissals," and that "withdrawals of individual claims against a given defendant are governed by [Rule] 15 . . . .").

Therefore, the Court **DENIES** the joint motion without prejudice to filing a motion to amend the pleadings after the stay is lifted. The parties are reminded that they are to file a joint status report **within five (5) business days of the conclusion of the state court actions** for which this matter was stayed. Doc. No. 22 at 11.

**IT IS SO ORDERED**.

Dated: May 1, 2025

HON. MICHAEL M. ANELLO
United States District Judge